Jon Mower (Bar No. 72034)
jmower@tocounsel.com
Adam G. Wentland (Bar No. 280010)
awentland@tocounsel.com
Nesrein El-Haddad (Bar No. 314965)
nelhaddad@tocounsel.com
THEODORA ORINGHER PC
535 Anton Boulevard, Ninth Floor
Costa Mesa, California 92626-7109
Telephone:  (714) 549-6200
Facsimile:  (714) 549-6201

Attorneys for Plaintiff
JOSEPH E. BULFER

Jason A. James (Bar No. 265129)
jjames@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
1000 Wilshire Boulevard, Suite 1860
Los Angeles, California 90017-2457
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendant
THE GUARDIAN LIFE INSURANCE COMPANY
OF AMERICA

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH E. BULFER,<br><br>Plaintiff,<br><br>vs.<br><br>SAN DIEGO AMERICAN INDIAN HEALTH CENTER; UNUM LIFE INSURANCE COMPANY OF AMERICA; and THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>Defendants. | Case No. 3:20-cv-00877-LAB-MSB<br><br>**JOINT MOTION TO DISMISS THE CASE WITH PREJUDICE**<br><br>Judge:  Hon. Larry Alan Burns<br><br>Complaint Filed:  May 11, 2020<br>Trial Date:  None Set |

IT IS HEREBY STIPULATED, by and between plaintiff JOSEPH E. BULFER ("Plaintiff") and defendant THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA ("Guardian"), by and through their respective attorneys of record, that this

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

175073.1

1

Case No.  3:20-cv-00877-LAB-MSB
JOINT MOTION TO DISMISS THE CASE WITH
PREJUDICE

1   action shall be dismissed in its entirety, with prejudice as to all defendants pursuant to

2   Rule 41(a) of the Federal Rules of Civil Procedure.  Each party shall bear his or his

3   own attorneys' fees and costs.

4         The parties seek the Court's approval of this dismissal of the case with

5   prejudice.

6         **IT IS SO STIPULATED.**

7

8   Dated:  September 15, 2020          Jon Mower
                                       Adam G. Wentland
9                                      Nesrein El-Haddad
                                       THEODORA ORINGHER PC
10

11                                     By:  _/s/ Jon Mower_____

12                                          Jon Mower
                                            Attorneys for Plaintiff
13                                          JOSEPH E. BULFER

14  Dated:  September 15, 2020          Jason A. James
                                       MESERVE, MUMPER & HUGHES LLP
15

16
                                       By:  _/s/ Jason A. James_____
17
                                            Jason A. James
18                                          Attorneys for Defendant
                                            THE GUARDIAN LIFE INSURANCE
19                                          COMPANY OF AMERICA

20

21               **SIGNATURE CERTIFICATION**

22         Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies

23  & Procedures Manual, I hereby certify that the content of this document is acceptable

24  to Jon Mower, counsel for Plaintiff, Joseph E. Bulfer, and that on September 15, 2020

25  I obtained Mr. Mower's authorization to affix his electronic signature to this document.

26
                                       By:  _/s/ Jason A. James_____
27
                                            Jason A. James
28

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

175073.1

2

Case No.  3:20-cv-00877-LAB-MSB
JOINT MOTION TO DISMISS THE CASE WITH
PREJUDICE