UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSPEH E. BULFER<br><br>Plaintiff,<br><br>v.<br><br>SAN DIEGO AMERICAN INDIAN HEALTH CENTER, et al.<br><br>Defendants. | Case No.:  20cv877-LAB (MSB)<br><br>**ORDER OF DISMISSAL** |

Plaintiff and Defendant Guardian Life Insurance Company of America have filed a joint motion to dismiss this action with prejudice. (Docket no. 19.) Of the two remaining Defendants, Unum Life Insurance Company of America has already been dismissed, and San Diego American Indian Health Center has never appeared.

Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED WITH PREJUDICE**. The parties shall each bear their own costs and attorney's fees.

**IT IS SO ORDERED**.

Dated:  September 23, 2020

*Larry A. Burns*
Honorable Larry Alan Burns
Chief United States District Judge